IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

BRONSON HEALTH CARE GROUP, INC,

    Plaintiff,

Vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.

Case No: 22-cv-00833
Hon. Jane M. Beckering

Ryan P. Duffy (P75178)
MILLER JOHNSON
Attorneys for Plaintiff
45 Ottawa Avenue SW, Suite 110
PO Box 306
Grand Rapids, MI 49501-0306
(616) 831-1716
duffyr@millerjohnson.com

Lauren N. Brezenski (P75259)
ANSELMI MIERZEJEWSKI
  RUTH & SOWLE, PC
Attorneys for Defendant
1750 South Telegraph Road, Suite 306
Bloomfield Hills, MI 48302
(248) 338-2290; (248) 338-4451
lbrezenski@a-mlaw.com
jruth.sec@a-mlaw.com (Admin/Natalie)

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

~~At a session of said Court, held in the
United States District Court,
Western District of Michigan
Southern District~~

~~on:~~ _____

~~PRESENT:~~ _____
~~Judge Jane M. Beckering~~

It is hereby stipulated and agreed to between the parties that Plaintiff's cause of action shall be dismissed with prejudice and without costs to either party.

IT IS HEREBY ORDERED that Plaintiff's claim for No-Fault benefits and its Complaint against Defendant ALLSTATE INSURANCE COMPANY, shall be, and hereby are dismissed with prejudice and without costs to any of the parties.

IT IS SO ORDERED

*This is the final order and does close this case*.

Dated: October 8, 2024            \_\_/s/ Jane M. Beckering_____

JANE M. BECKERING

United States District Judge

*Approved as to form and entry*,

By:    \_ /s/*Ryan P. Duffy*(w. consent)      By:    */s/Lauren N. Brezenski*_____

Ryan P. Duffy (P75178)                 Lauren N. Brezenski (P75259)

Attorney for Plaintiff                    Attorney for Defendant